IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-653 (JJF) |
| PURAC AMERICA, INC. | ) | Jury Demanded |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Plaintiff hereby notifies the Court that Douglas L. Sawyer, Aric S. Jacover and David R. Melton of the law firm of Mayer, Brown, Rowe & Maw, LLP are withdrawing as counsel for Plaintiff TriStrata Technology, Inc. in the above-captioned civil action.

Dated: April 24, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| President<br>Purac America, Inc.<br>111 Barclay Boulevard<br>Lincolnshire, IL 60069 | Gregory Erich Stuhlman, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#535095_1