IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-653-JJF |
| PURAC AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, the parties have agreed to engage in good faith settlement discussions to amicably settle this litigation;

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Defendant Purac America, Inc.'s time to move, answer, or otherwise respond to the Complaint is hereby extended through and including June 6, 2007.

| | |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Jeffrey L. Moyer |
| Arthur G. Connolly, III (#2667) | Jeffrey L. Moyer (#3309) |
| aconnollyiii@cblh.com | moyer@rlf.com |
| Connolly, Bove Lodge & Hutz | Gregory E. Stuhlman (#4765) |
| 1007 North Orange Street | stuhlman@rlf.com |
| Wilmington, Delaware 19899 | Richards, Layton & Finger, P.A. |
| 302-658-9141 | One Rodney Square |
| Attorneys for Plaintiff | Wilmington, DE 19899 |
| Tristrata Technology, Inc. | 302-651-7700 |
| | Attorneys for Defendant |
| | Purac America, Inc. |
| Dated: May 3, 2007 | Dated: May 3, 2007 |

1

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Joseph J. Farnan, Jr.