IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-653-JJF |
| ) | |
| PURAC AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Steven J. Fineman of Richards, Layton & Finger is substituted for Gregory E. Stuhlman of Richards, Layton & Finger as counsel for Defendant Purac America, Inc. Jeffrey L. Moyer and Richards, Layton & Finger continue to represent Defendant Purac America, Inc. in this matter.

OF COUNSEL:

James V. Callahan
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Chicago, Illinois 60606

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, PO Box 551
Wilmington, DE 19899
302-651-7700
Attorneys for Defendant
Purac America, Inc.

Dated: May 18, 2007

RLF1-3153369-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Arthur G. Connolly, III (#2667)
aconnollyiii@cblh.com
Connolly, Bove Lodge & Hutz
1007 North Orange Street
Wilmington, Delaware 19899

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com