IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>PURAC AMERICA, INC. )<br>)<br>Defendant. ) | Civil Action No. 06-653 (JJF)<br>Jury Demanded |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL DISTRICT COURT RULE 83.5**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brian T. Foley of the law firm of McGovern & Associates PC, 14 East 60th Street, 6th Floor, New York, NY 10022, to represent the plaintiff in this matter.

Dated: May 24, 2007                                                  Respectfully submitted,

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Brian T. Foley is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Bar of the State of Connecticut. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Brian T. Foley
McGovern & Associates PC
14 East 60th Street, 6th Floor
New York, NY 10022
(212) 688-9840

Dated: May 21, 2007

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on May 24, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| Gregory Erich Stuhlman, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#535095_1