IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-653 (JJF) |
| PURAC AMERICA, INC. | ) | Jury Demanded |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Purac America, Inc.'s time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including July 6, 2007.

| CONNOLLY BOVE LODGE & HUTZ LLP | RICHARDS LAYTON & FINGER PA |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Steven J. Fineman |
| Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>Attorneys for Plaintiff<br>Tristrata Technology, Inc. | Jeffrey L. Moyer (#3309)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>Attorneys for Defendant<br>Purac America, Inc. |

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge