IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-653-JJF ) |
| PURAC AMERICA, INC., | ) ) ) |
| Defendant. | ) |

### STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Defendant Purac America, Inc.'s time to move, answer, or otherwise respond to the Complaint is hereby extended through and including November 8, 2007.

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
aconnollyiii@cblh.com
Connolly, Bove Lodge & Hutz
1007 North Orange Street
Wilmington, Delaware 19899
302-658-9141
Attorneys for Plaintiff
Tristrata Technology, Inc.

Dated: October 5, 2007

/s/ Steven J. Fineman
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
Attorneys for Defendant
Purac America, Inc.

Dated: October 5, 2007

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Joseph J. Farnan, Jr.