IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-653 (JJF) |
| PURAC AMERICA, INC. | ) | Jury Demanded |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their respective undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice and without costs, with the exception that in the event of default, the non-defaulting party may bring suit (a) for relief under the parties' settlement agreement, and (b) for damages that would have been recoverable in the action that is dismissed pursuant to this Stipulation of Dismissal. This Court shall retain jurisdiction for purposes of enforcing the parties' settlement agreement and the terms of this Stipulation of Dismissal.

.

| CONNOLLY BOVE LODGE & HUTZ LLP | RICHARDS LAYTON & FINGER PA |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Steven J. Fineman |
| Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Jeffrey L. Moyer(#3309)<br>Steve J. Fineman(#4025)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302)651-7700 |
| Attorneys for Plaintiff<br>Tristrata Technology, Inc. | Attorneys for Defendant<br>Purac America, Inc. |

SO ORDERED this _____ day of _____, 2008

_____
United States District Judge